Polanco, Demandante y Apelado v. Goffinet et al., Demandados y Apelantes.

Corte de Distrito de Humacao.

No. 2772.—Resuelto en marzo 26, 1924.

August y Constant Goffinet siguieron un juicio ejecutivo hipotecario contra José J. Nicolás Polanco en el que fué vendida una finca del demandado obteniéndose en la subasta la cantidad de $19,202.

El objeto de esta apelación es que se declare que no procedía requerir a los apelantes para entregar los $19,202 y en vista de que ese requerimiento se había hecho, resolvió

el Tribunal Supremo que resulta académico resolver si era o no procedente y por ese motivo la apelación se desestimó.

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.